**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EUGENE KORTE, | No. 20-15305 |
| Plaintiff-Appellant, | D.C. No. 2:19-cv-02428-TLN-KJN |
| v. | |
| STATE OF CALIFORNIA; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Troy L. Nunley, District Judge, Presiding

Submitted April 20, 2021**

Before:  THOMAS, Chief Judge, TASHIMA and SILVERMAN, Circuit Judges.

Eugene Korte appeals pro se from the district court's judgment dismissing his action alleging numerous constitutional claims and other violations of federal law.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo a dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii).  *Watison v. Carter*, 668 F.3d 1108,

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1112 (9th Cir. 2012).  We affirm.

The district court properly dismissed Korte's action because Korte failed to allege facts sufficient to state any plausible claim.  *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (to avoid dismissal, "a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face" (citation and internal quotation marks omitted)).

All pending motions are denied.

**AFFIRMED.**